No. 23-2125

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| ALLAN KUSTOK, | ) Appeal from the United States |
| | ) District Court for the Northern |
| Petitioner-Appellant, | ) District of Illinois |
| | ) |
| v. | ) No. 21 C 6932 |
| | ) |
| DAVID MITCHELL, Warden, | ) The Honorable |
| | ) Matthew F. Kennelly, |
| Respondent-Appellee. | ) Judge Presiding. |

## **MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. App. P. 26(b), respondent-appellee CHARLES TRUITT requests a 30-day extension of time, from September 6, 2023, to and including October 6, 2023, in which to file his brief. Pursuant to Cir. R. 26, this motion is supported by an attached affidavit.

August 30, 2023                           Respectfully submitted,

                                          KWAME RAOUL
                                          Attorney General of Illinois

                              By:   s/ Garson S. Fischer
                                    GARSON S. FISCHER, Bar No. 6286165
                                    Assistant Attorney General
                                    100 West Randolph Street, 12th Floor
                                    Chicago, Illinois 60601
                                    TELEPHONE: (773) 590-6911
                                    FAX: (312) 814-2253
                                    EMAIL: garson.fischer@ilag.gov

STATE OF ILLINOIS   )
                    )   ss.
COUNTY OF COOK      )

# **AFFIDAVIT**

GARSON FISCHER, being first duly sworn upon oath, deposes and states as follows:

1. I am an Assistant Attorney General in the Office of the Illinois Attorney General and am assigned to represent the Respondent-Appellee in case No. 23-2125.

2. Respondent-Appellee's brief is currently due on or before September 6, 2023, with no prior extensions of time.

3. In addition to the instant case, during the past 30 days your affiant has also had primary responsibility for: appellee's brief in *People v. Johanson*, No. 129425, Illinois Supreme Court; appellant's brief in *People v. $699,982 U.S. Currency*, No. 3-23-0138, Illinois Appellate Court for the Third District; and oral argument in defense of the constitutionality of a statute in *People v. Crimo, Jr.*, No. 22 CF 2074, Circuit Court of Lake County.   I am also preparing for oral arguments in three cases during the Illinois Supreme Court's September term:   *People v. Devine*, No. 128438; *People v. Bush*, No. 128747; and *People v. Grayer*, No. 128871. Furthermore, as a Deputy Division Chief for Criminal Appeals, I am responsible for, among other things, editing other attorneys' pleadings, managing our office's responses to constitutional challenges pursuant to Rule 19, and participating in moots to assist colleagues in their preparation for oral arguments.

4. Petitioner-Appellant Allan Kustok is presently in the custody of the Illinois Department of Corrections at Pinckneyville Correctional Center in Pinckneyville, Illinois, where David Mitchell is the warden.

5. I anticipate that I will be able to prepare and file the Respondent-Appellee's brief with 30 additional days, by October 6, 2023.

6. On August 29, 2023, I contacted Karl Leonard, counsel for petitioner-appellant, who indicated that he had no objection to this motion.

7. I regret any inconvenience this motion causes the court or opposing counsel. This extension is not sought for purposes of delay, but to ensure the interests of respondent are properly represented.

s/ Garson S. Fischer<br>
GARSON S. FISCHER, Bar No. 6286165<br>
Assistant Attorney General<br>
100 West Randolph Street, 12th Floor<br>
Chicago, Illinois 60601<br>
TELEPHONE: (773) 590-6911<br>
FAX: (312) 814-2253<br>
EMAIL: garson.fischer@ilag.gov

**CERTIFICATE OF SERVICE**

    I certify that on August 30, 2023, I electronically filed respondent's **Motion for Extension of Time** with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system, which provided service to the following registered user, counsel for petitioner:

Karl Leonard
THE EXONERATION PROJECT
    at University of Chicago Law School
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 789-4955
karl@exonerationproject.org

*Counsel for Petitioner-Appellant*

                                                    <u>s/ Garson Fischer</u>
                                                    GARSON FISCHER, Bar # 6286165
                                                    Assistant Attorney General
                                                    100 West Randolph Street, 12th Floor
                                                    Chicago, Illinois 60601-3218
                                                    TELEPHONE: (773) 590-6911
                                                    FAX: (312) 814-2253
                                                    EMAIL: garson.fischer@ilag.gov